# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLIE REED** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-006** |
| **DARREL VANOY, WARDEN** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objection by plaintiff, Leslie Reed, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Leslie Reed's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust sate court review.

New Orleans, Louisiana, this 20th day of August, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE